

**NATIONAL REGISTERED AGENTS, INC.**

The Right Choice for Registered Agent Services

# Cover Page for TX56642

This file contains **13** pages of graphic image of Legal Process received in the State of **TEXAS** on **12/3/2010** for **SCOTTISH RE (U.S.), INC.**.

The served document(s) will be forwarded by Federal Express to the individual designated to receive Service of Process from NRAI. As this document(s) has been separated to enable scanning of the image, the Official Record on file with the Court of Jurisdiction should be relied on as the complete record. NRAI accepts no responsibility or liability for missing or incorrectly collated pages in the reassembly of the served document(s).



EXHIBIT A

|  |  |
|---|---|
| ATTY | |
| CITATION | |
| DC-10-15399 | |
| MICHAEL C. FRENCH vs. SCOTTISH RE GROUP, LTD., ETAL | |
| ISSUED THIS 2nd day of December, 2010 | |
| GARY FITZSIMMONS Clerk District Courts, Dallas County, Texas | |
| By: JO ANN GARDNER, Deputy | |
| Attorney for Plaintiff Bobby M Rubarts K & L Gates LLP 1717 Main Street, Suite 2800 Dallas, Tx 75201 214-939-5500 | |

Delivered 12-3-10
E Lloyd
Process Server

## FORM NO. 353-3 - CITATION
## THE STATE OF TEXAS

To:
SCOTTISH RE (U.S.) INC.
BY SERVING THEIR REGISTERED AGENT
NATIONAL REGISTERED AGENTS, INC.
16055 SPACE CENTER BLVD, SUITE 235
HOUSTON, TX 77062-6212

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and ORIGINAL petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the 44th District Court at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being MICHAEL C. FRENCH

Filed in said Court 1st day of December, 2010 against

SCOTTISH RE GROUP, LTD., ETAL

For Suit, said suit being numbered DC-10-15399, the nature of which demand is as follows:
Suit on CNTR CNSMR COM DEBT etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my name and the Seal of said Court at office this 2nd day of December, 2010.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas

By: _____ Deputy
JO ANN GARDNER

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 20____, at _____ o'clock ____.M. Executed at _____, within the County of _____ at _____ o'clock ____.M. on the _____ day of _____, 20____, by delivering to the within named _____ each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows: To certify which witness my hand.

For serving Citation  $ _____
For mileage           $ _____
For Notary            $ _____

_____ of _____ County,
By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____ 20____, to certify which witness my hand and seal of office.



_____
Notary Public _____ County

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* 10-15399        COURT *(FOR CLERK USE ONLY):* B-44th

STYLED _____
*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing. This sheet, approved by the Texas Judicial Council, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

## 1. Contact information for person completing case information sheet:

Name: Bobby M. Rubarts
Email: Bobby.rubarts@klgates.com

Address: K&L Gates LLP
1717 Main Street, Suite 2800

Telephone: (214) 939-5577

City/State/Zip: Dallas, TX 75201

Fax: (214) 939-5849

State Bar No: 17360330

Signature: /s/

### Names of parties in case:

Plaintiff(s)/Petitioner(s):
Michael C. French

Defendant(s)/Respondent(s):
Scottish Re Group, Ltd.
Scottish Re (U.S.) Inc.
Scottish Re Life Corporation

*[Attach additional page as necessary to list all parties]*

### Person or entity completing sheet is:
[X] Attorney for Plaintiff/Petitioner
[ ] Pro Se Plaintiff/Petitioner
[ ] Title IV-D Agency
[ ] Other: _____

Additional Parties in Child Support Case:
Custodial Parent: _____
Non-Custodial Parent: _____
Presumed Father: _____

## 2. Indicate case type, or identify the most important issue in the case *(select only 1):*

### Civil

**Contract**
Debt/Contract
- [ ] Consumer/DTPA
- [X] Debt/Contract
- [ ] Fraud/Misrepresentation
- [ ] Other Debt/Contract:

Foreclosure
- [ ] Home Equity—Expedited
- [ ] Other Foreclosure
- [ ] Franchise
- [ ] Insurance
- [ ] Landlord/Tenant
- [ ] Non-Competition
- [ ] Partnership
- [ ] Other Contract:

**Injury or Damage**
- [ ] Assault/Battery
- [ ] Construction
- [ ] Defamation

Malpractice
- [ ] Accounting
- [ ] Legal
- [ ] Medical
- [ ] Other Professional Liability: _____
- [ ] Motor Vehicle Accident
- [ ] Premises

Product Liability
- [ ] Asbestos/Silica
- [ ] Other Product Liability List Product: _____

- [X] Other Injury or Damage: Indemnity

**Real Property**
- [ ] Eminent Domain/Condemnation
- [X] Partition
- [ ] Quiet Title
- [ ] Trespass to Try Title
- [ ] Other Property:

**Related to Criminal Matters**
- [ ] Expunction
- [ ] Judgment Nisi
- [ ] Non-Disclosure
- [ ] Seizure/Forfeiture
- [ ] Writ of Habeas Corpus—Pre-indictment
- [ ] Other: _____

### Family Law

**Marriage Relationship**
- [ ] Annulment
- [ ] Declare Marriage Void

Divorce
- [ ] With Children
- [ ] No Children

**Other Family Law**
- [ ] Enforce Foreign Judgment
- [ ] Habeas Corpus
- [ ] Name Change
- [ ] Protective Order
- [ ] Removal of Disabilities of Minority
- [ ] Other: _____

**Post-judgment Actions (non-Title IV-D)**
- [ ] Enforcement
- [ ] Modification—Custody
- [ ] Modification—Other

**Title IV-D**
- [ ] Enforcement/Modification
- [ ] Paternity
- [ ] Reciprocals (UIFSA)
- [ ] Support Order

**Parent-Child Relationship**
- [ ] Adoption/Adoption with Termination
- [ ] Child Protection
- [ ] Child Support
- [ ] Custody or Visitation
- [ ] Gestational Parenting
- [ ] Grandparent Access
- [ ] Paternity/Parentage
- [ ] Termination of Parental Rights
- [ ] Other Parent-Child:

### Employment
- [ ] Discrimination
- [ ] Retaliation
- [ ] Termination
- [ ] Workers' Compensation
- [ ] Other Employment:

### Other Civil
- [ ] Administrative Appeal
- [ ] Antitrust/Unfair Competition
- [ ] Code Violations
- [ ] Foreign Judgment
- [ ] Intellectual Property
- [ ] Lawyer Discipline
- [ ] Perpetuate Testimony
- [ ] Securities/Stock
- [ ] Tortious Interference
- [ ] Other: _____

### Tax
- [ ] Tax Appraisal
- [ ] Tax Delinquency
- [ ] Other Tax

### Probate & Mental Health

Probate/Wills/Intestate Administration
- [ ] Dependent Administration
- [ ] Independent Administration
- [ ] Other Estate Proceedings

- [ ] Guardianship—Adult
- [ ] Guardianship—Minor
- [ ] Mental Health
- [ ] Other: _____

## 3. Indicate procedure or remedy, if applicable *(may select more than 1):*

- [ ] Appeal from Municipal or Justice Court
- [ ] Arbitration-related
- [ ] Attachment
- [ ] Bill of Review
- [ ] Certiorari
- [ ] Class Action
- [X] Declaratory Judgment
- [ ] Garnishment
- [ ] Interpleader
- [ ] License
- [ ] Mandamus
- [ ] Post-judgment
- [ ] Prejudgment Remedy
- [ ] Protective Order
- [ ] Receiver
- [ ] Sequestration
- [ ] Temporary Restraining Order/Injunction
- [ ] Turnover



**NATIONAL REGISTERED AGENTS, INC.**

The Right Choice for Registered Agent Services

# Cover Page for TX56643

This file contains **13** pages of graphic image of Legal Process received in the State of **TEXAS** on **12/3/2010** for **SCOTTISH RE LIFE CORPORATION**.

The served document(s) will be forwarded by Federal Express to the individual designated to receive Service of Process from NRAI. As this document(s) has been separated to enable scanning of the image, the Official Record on file with the Court of Jurisdiction should be relied on as the complete record. NRAI accepts no responsibility or liability for missing or incorrectly collated pages in the reassembly of the served document(s).

|  |  |
|---|---|
| ATTY | |

# CITATION

## DC-10-15399

**MICHAEL C. FRENCH**
vs.
**SCOTTISH RE GROUP, LTD., ETAL**

ISSUED THIS
2nd day of December, 2010

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: JO ANN GARDNER, Deputy

**Attorney for Plaintiff**

Bobby M Rubarts
K & L Gates LLP
1717 Main Street, Suite 2800
Dallas, Tx 75201
214-939-5500

---

Delivered 12-3-10
_[signature]_ Process Server

## FORM NO. 353-3 - CITATION
## THE STATE OF TEXAS

**To:**

SCOTTISH RE LIFE CORPORATION
BY SERVING THEIR REGISTERED AGENT
NATIONAL REGISTERED AGENTS, INC.
16055 SPACE CENTER BLVD, SUITE 235
HOUSTON, TX 77062-6212

**GREETINGS:**

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and ORIGINAL petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the 44th District Court at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **MICHAEL C. FRENCH**

Filed in said Court **1st day of December, 2010** against

**SCOTTISH RE GROUP, LTD., ETAL**

For Suit, said suit being numbered **DC-10-15399**, the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my name and the Seal of said Court at office this 2nd day of December, 2010.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas

By _[signature]_ JO ANN GARDNER, Deputy

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 20___, at _____ o'clock ___.M. Executed at _____, within the County of _____ on the _____ day of _____, 20___, at _____ o'clock ___.M., by delivering to the within named _____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows: To certify which witness my hand.

For serving Citation $ _____ of _____ County,
For mileage $ _____ By _____ Deputy
For Notary $ _____

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20___
to certify which witness my hand and seal of office.



_____
Notary Public _____ County

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* 10-15399    COURT *(FOR CLERK USE ONLY):* _____

STYLED _____
*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing. This sheet, approved by the Texas Judicial Council, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

## 1. Contact information for person completing case information sheet:

**Name:** Bobby M. Rubarts
**Email:** Bobby.rubarts@klgates.com
**Address:** K&L Gates LLP, 1717 Main Street, Suite 2800
**City/State/Zip:** Dallas, TX 75201
**Telephone:** (214) 939-5577
**Fax:** (214) 939-5849
**State Bar No:** 17360330
**Signature:** [signed]

**Names of parties in case:**

Plaintiff(s)/Petitioner(s): Michael C. French

Defendant(s)/Respondent(s): Scottish Re Group, Ltd.; Scottish Re (U.S.) Inc.; Scottish Re Life Corporation

**Person or entity completing sheet is:**
☒ Attorney for Plaintiff/Petitioner
☐ Pro Se Plaintiff/Petitioner
☐ Title IV-D Agency
☐ Other: _____

Additional Parties in Child Support Case:
Custodial Parent:
Non-Custodial Parent:
Presumed Father:

## 2. Indicate case type, or identify the most important issue in the case (select only 1):

### Civil

**Contract – Debt/Contract:**
☐ Consumer/DTPA
☒ Debt/Contract
☐ Fraud/Misrepresentation
☐ Other Debt/Contract

**Foreclosure:**
☐ Home Equity—Expedited
☐ Other Foreclosure
☐ Franchise
☐ Insurance
☐ Landlord/Tenant
☐ Non-Competition
☐ Partnership
☐ Other Contract

**Injury or Damage:**
☐ Assault/Battery
☐ Construction
☐ Defamation

*Malpractice:*
☐ Accounting
☐ Legal
☐ Medical
☐ Other Professional Liability: _____
☐ Motor Vehicle Accident
☐ Premises

*Product Liability:*
☐ Asbestos/Silica
☐ Other Product Liability List Product: _____
☒ Other Injury or Damage: Indemnity

**Real Property:**
☐ Eminent Domain/Condemnation
☐ Partition
☐ Quiet Title
☐ Trespass to Try Title
☐ Other Property: _____

**Related to Criminal Matters:**
☐ Expunction
☐ Judgment Nisi
☐ Non-Disclosure
☐ Seizure/Forfeiture
☐ Writ of Habeas Corpus—Pre-indictment
☐ Other: _____

**Employment:**
☐ Discrimination
☐ Retaliation
☐ Termination
☐ Workers' Compensation
☐ Other Employment

**Other Civil:**
☐ Administrative Appeal
☐ Antitrust/Unfair Competition
☐ Code Violations
☐ Foreign Judgment
☐ Intellectual Property
☐ Lawyer Discipline
☐ Perpetuate Testimony
☐ Securities/Stock
☐ Tortious Interference
☐ Other: _____

### Family Law

**Marriage Relationship:**
☐ Annulment
☐ Declare Marriage Void

*Divorce:*
☐ With Children
☐ No Children

**Other Family Law:**
☐ Enforce Foreign Judgment
☐ Habeas Corpus
☐ Name Change
☐ Protective Order
☐ Removal of Disabilities of Minority
☐ Other: _____

**Post-judgment Actions (non-Title IV-D):**
☐ Enforcement
☐ Modification—Custody
☐ Modification—Other

**Title IV-D:**
☐ Enforcement/Modification
☐ Paternity
☐ Reciprocals (UIFSA)
☐ Support Order

**Parent-Child Relationship:**
☐ Adoption/Adoption with Termination
☐ Child Protection
☐ Child Support
☐ Custody or Visitation
☐ Gestational Parenting
☐ Grandparent Access
☐ Paternity/Parentage
☐ Termination of Parental Rights
☐ Other Parent-Child: _____

### Tax
☐ Tax Appraisal
☐ Tax Delinquency
☐ Other Tax

### Probate & Mental Health

*Probate/Wills/Intestate Administration:*
☐ Dependent Administration
☐ Independent Administration
☐ Other Estate Proceedings

☐ Guardianship—Adult
☐ Guardianship—Minor
☐ Mental Health
☐ Other: _____

## 3. Indicate procedure or remedy, if applicable (may select more than 1):

☐ Appeal from Municipal or Justice Court
☐ Arbitration-related
☐ Attachment
☐ Bill of Review
☐ Certiorari
☐ Class Action
☒ Declaratory Judgment
☐ Garnishment
☐ Interpleader
☐ License
☐ Mandamus
☐ Post-judgment
☐ Prejudgment Remedy
☐ Protective Order
☐ Receiver
☐ Sequestration
☐ Temporary Restraining Order/Injunction
☐ Turnover