# Dewey & LeBoeuf



Reliant Energy Plaza
1000 Main Street, Suite 2550
Houston, TX 77002

December 22, 2010

<u>*VIA E-MAIL*</u>

Bobby M. Rubarts
K&L Gates, LLP
1717 Main Street
Suite 2800
Dallas, TX 75201

   Re: Rule 11 Agreement to Extend Answer Date in Cause No. 10-15399,

     *Michael C. French v. Scottish Re Group, Ltd., Scottish Re (U.S.) Inc., and*

     *Scottish Re Life Corporation* ("the Lawsuit")

Dear Mr. Rubarts:

This letter documents the parties' agreement pursuant to Rules 11 and 119 of the Texas Rules of Civil Procedure:

1. I, Fadi Manna, am an attorney duly licensed to practice law in the State of Texas. I represent Scottish Re Group, Ltd., Scottish Re (U.S.) Inc., and Scottish Re Life Corporation (collectively, "Defendants") in the above captioned matter. Pursuant to Rule 119 of the Texas Rules of Civil Procedure, the Defendants hereby waive service of process.

2. Without conceding or waiving the right to contest the Court's jurisdiction, the Defendants and Mr. French have agreed to extend the Defendants' deadline to file an original answer in the Lawsuit to January 20, 2011.

EXHIBIT B

Letter to Bobby M. Rubarts
Page 2

3. This agreement shall not constitute a "general appearance" by the Defendants, nor shall it be construed in any way to be a waiver of the Defendants' right to request a special appearance before the Court to challenge the Court's jurisdiction over the Defendants. *See Exito Electronics Company, Ltd., v. Trejo, et al.*, 142 S.W.3d 302 (Tex. 2004).

Sincerely,

_____
Fadi Manna
Dewey & LeBoeuf LLP
Reliant Energy Plaza
1000 Main Street, Suite 2550
Houston, TX 77002

SWORN TO AND SUBSCRIBED before me on the 22nd day of December, 2010, to certify which witness my hand and official seal:

_____
Notary Public, Texas
My Commission Expires 6/18/2012

SARAH S GRANADOS
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
JUNE 18, 2012

_____
Bobby M. Rubarts
K&L Gates, LLP
1717 Main Street
Suite 2800
Dallas, TX 72501

SWORN TO AND SUBSCRIBED before me on the 27th day of December, 2010, to certify which witness my hand and official seal:

_____
Notary Public, Texas
My Commission Expires

PAMELA H. LANGDON
Notary Public
State of Texas
My Comm. Expires 08-20-2014