# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL C. FRENCH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:11-CV-0012-O |
| | § | |
| SCOTTISH RE GROUP LIMITED, | § | ECF |
| SCOTTISH RE (U.S.) INC., AND | § | |
| SCOTTISH RE LIFE CORPORATION, | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST SCOTTISH RE (U.S.) INC. AND SCOTTISH RE LIFE CORPORATION

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Michael C. French ("French") and his counsel hereby give notice that French's claims against Defendants Scottish Re (U.S.) Inc. and Scottish Re Life Corporation (collectively, the "Scottish Re Subsidiaries") in the above-captioned matter are voluntarily dismissed without prejudice.  This Notice only is applicable to French's claims against the Scottish Re Subsidiaries.  French *does not* dismiss his claims against Defendant Scottish Re Group Limited ("SRGL"); instead, all of French's claims against SRGL are reserved and exempted from this Notice.

{00001651.DOC / 1}

        Respectfully Submitted,

        s/ Bobby M. Rubarts
        Bobby M. Rubarts
        State Bar No. 17360330
        Email: bobby.rubarts@koningrubarts.com
        Brent E. Basden
        State Bar No. 24047828
        Email: brent.basden@koningrubarts.com

        **KONING RUBARTS LLP**
        1700 Pacific Avenue, Suite 1890
        Dallas, Texas  75201
        Telephone: (214) 751-7900
        Facsimile:  (214) 751-7888

        - And -

        Danny Ashby
        State Bar No. 01370960
        Email: danny.ashby@klgates.com

        **K&L GATES LLP**
        1717 Main Street, Suite 2800
        Dallas, Texas  75201
        Telephone: (214) 939-5500
        Facsimile:  (214) 939-5849

        **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk of the Court for the U.S. District Court, Northern District of Texas on June 13, 2011, and that notice of the filing of same is being electronically served on the following counsel of record:

**Dewey & LeBouef LLP**
Lyle Roberts
George E. Anhang
1101 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 346-8000
Fax: (202) 346-8102

Chris W. Lacy
RR1 Energy Plaza
1000 Main Street, Suite 2550
Houston, Texas 77002
Telephone: (713) 287-2026
Fax: (713) 445-2126

        s/ Bobby M. Rubarts
        Bobby M. Rubarts