**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **MICHAEL C. FRENCH** § | |
| § | |
| **Plaintiff,** § | |
| § | **CIVIL ACTION NO. 3:11-CV-0012-O** |
| v. § | **ECF** |
| § | |
| **SCOTTISH RE GROUP, LTD.,** § | |
| **Defendant.** § | |

## JOINT REPORT ON MEDIATION

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to the Court's January 25, 2011 Scheduling Order, the parties hereby submit their Joint Report on the parties' mediation in connection with the above named matter:

The parties jointly agreed to mediate with Hesha Abrams and commenced mediation on July 21, 2011. On that date, an all-day mediation session was held in Dallas, Texas. Attending the mediation session for the Plaintiff were Michael C. French and his counsel, Bobby Rubarts and Michael Gruber. Attending the mediation for the Defendant were its general counsel, Gregg Klingenberg, and its counsel, Lyle Roberts and George Anhang. The mediation process has continued after the formal session, and has not yet concluded. The parties have made progress, but have not resolved the dispute as of the date of this report.

Respectfully Submitted,

s/ Bobby M. Rubarts
Bobby M. Rubarts
State Bar No. 17360330
Email:  bobby.rubarts@koningrubarts.com
Brent E. Basden
State Bar No. 24047828
Email:  brent.basden@koningrubarts.com

**KONING RUBARTS LLP**
1700 Pacific Avenue, Suite 1890
Dallas, Texas  75201
Telephone: (214) 751-7900
Facsimile:  (214) 751-7888

- And -

Danny Ashby
State Bar No. 01370960
Email:  danny.ashby@klgates.com

**K&L GATES LLP**
1717 Main Street, Suite 2800
Dallas, Texas  75201
Telephone: (214) 939-5500
Facsimile:  (214) 939-5849

**ATTORNEYS FOR PLAINTIFF**

- 3 -

**DEWEY & LeBOEUF LLP**

<u>s/ George E. Anhang w/ permission BEB</u>
Lyle Roberts
(admitted *pro hac vice*)
George E. Anhang
(admitted *pro hac vice*)
1101 New York Avenue, NW
Washington, D.C. 20005
Tel: 202-346-8000
Fax: 202-346-8102
Chris W. Lacy
1000 Main Street, Suite 2550
Houston, TX 77002
Tel: 713-287-2026
Fax: 713-445-2126
Chris W. Lacy

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served in accordance with the Federal Rules of Civil Procedure on the 15th day of August 2011.

<u>/s/ Bobby M. Rubarts</u>
Bobby M. Rubarts